IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

LINDA LIANO,                          :
                                      :
           Plaintiff,      :
                                      :  CIVIL ACTION NO. 16-1080
   v.                                 :
                                      :
COMPUTER SCIENCES CORP.,              :
                                      :
           Defendant.      :
_____      :

## PLAINTIFF'S PROPOSED VERDICT SHEET

1. Do you find that Plaintiff, Linda Liano, has proven by the preponderance of the evidence that Defendant, Computer Sciences Corp., terminated her employment because of her age?

   YES _____            NO _____

   **Please proceed to Question 2.**

2. Do you find that Plaintiff, Linda Liano, has proven by the preponderance of the evidence that Defendant, Computer Sciences Corp., terminated her employment because of her sex?

   YES _____            NO _____

   **If you answered "Yes" to Question 1 <u>and/or</u> Question 2, please proceed to Question 3.**

   **If you answered "No" to Question 1 <u>and</u> Question 2, please cease your deliberations and have the foreperson sign and date this form.**

3.  What amount do you award to Ms. Liano for:

    Back Pay:            $ _____

    Front Pay:           $ _____

    Emotional Distress:  $ _____

**If you answered "Yes" to Question 1, please proceed to Question 4.  If you answered "No" to Question 1, please proceed to Question 5.**

4.  Do you find that Ms. Liano has proven by a preponderance of the evidence that Defendant Computer Sciences Corp.'s conduct was willful?

    YES _____                          NO _____

    **Please proceed to Question 5.**

5.  Did Ms. Liano prove by a preponderance of the evidence that at least one management official of Defendant acted with knowledge that the termination of Ms. Liano violated the law or may have violated the law?

    YES _____                          NO _____

**If you answered "Yes" to Question 5, please proceed to Question 6.  If you answered "No" to Question 5, please cease your deliberations and have the foreperson sign and date this form.**

6.  Please state the amount of punitive damages sufficient to punish Defendant and deter it from engaging in similar conduct.

    $ _____

    SO SAY WE ALL ON THIS _____ day of _____, 2018.

                                        _____
                                        FOREPERSON