IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA LIANO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION, INC. | : | NO.  16-1080 |

ORDER

AND NOW, this 20th day of February, 2018, IT IS HEREBY ORDERED that a **TELEPHONIC** status conference is scheduled before the undersigned on **WEDNESDAY, FEBRUARY 21, 2018 at 3:00 P.M.**  The conference call will be initiated by the court.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call.  In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

/s/ELIZABETH T. HEY
_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE