```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA LIANO                       :    CIVIL ACTION
                                  :
          v.                      :
                                  :
COMPUTER SCIENCES CORPORATION,    :
INC.                              :    NO. 16-1080
```

                                 ORDER

        AND NOW, this 27th day of February, 2018, it having been reported that the issues between the parties in the above action have been settled, it is hereby ORDERED that the above action is DISMISSED with prejudice and without costs, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court.

                                    BY THE COURT:

                                    /s/ Harvey Bartle III
                                                                  J.